UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FUNCTIONAL GOVERNMENT INITIATIVE,<br><br>Plaintiff,<br><br>v.<br><br>BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES,<br><br>Defendant. | Civil Action No. 24-917 (RBW) |

**JOINT STATUS REPORT**

Plaintiff Functional Government Initiative and Defendant Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") submit the following Joint Status Report, pursuant to the Court's July 26, 2024 Minute Order.

1. This case stems from Plaintiffs' September 14, 2023 Freedom of Information Act (FOIA) request for records from certain custodians pertaining to the National Integrated Ballistic Information Network ("NIBIN"). Compl. ¶ 5, ECF No. 1.

2. As previously reported, ATF produced all records responsive to this request on May 15, 2024. Plaintiff has been reviewing the production and withholdings to determine whether briefings on motions for summary judgment will be pursued. Plaintiff has some follow-up questions related to the searches and will be conferring with counsel for Defendant in an attempt to resolve or narrow any issues. The parties have been working amicably together and expect to resolve any outstanding issues without seeking a resolution from this Court. Accordingly, the parties request the Court to allow them additional time to work together on those issues.

3. The Parties propose to file a further Joint Status Report on or before January 25, 2025.

Dated: November 26, 2024

Respectfully submitted,

*/s/ Jeremiah L. Morgan*
JEREMIAH L. MORGAN
D.C. Bar No. 1012943
William J. Olson, P.C.
370 Maple Avenue West, Suite 4
Vienna, VA 22180
Phone: (703) 356-5085
jmorgan@lawandfreedom.com

*Counsel for Plaintiff*

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

BY: */s/ L'Shaunteé J. Robertson*
L'SHAUNTEE J. ROBERTSON
DC Bar # 980248
Assistant United States Attorney
601 D Street, N.W.
Washington, D.C. 20530
Phone: (202) 252-1729
lshauntee.robertson@usdoj.gov

*Attorneys for the United States*