UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FUNCTIONAL GOVERNMENT INITIATIVE,<br><br>Plaintiff,<br><br>v.<br><br>BUREAU OF ALCOHOL, TOBACCO,<br>FIREARMS AND EXPLOSIVES,<br><br>Defendant. | Civil Action No. 24-917 (SLS) |

**JOINT STATUS REPORT**

Plaintiff Functional Government Initiative and Defendant Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") submit the following Joint Status Report.

1. This case stems from Plaintiffs' September 14, 2023 Freedom of Information Act (FOIA) request for records from certain custodians pertaining to the National Integrated Ballistic Information Network ("NIBIN"). Compl. ¶ 5, ECF No. 1.

2. As previously reported, ATF produced all records responsive to this request on May 15, 2024, and Plaintiff has since requested that ATF provide a draft *Vaughn* index. ATF made a supplemental release on September 12, 2025, and provided Plaintiff with an updated *Vaughn* index on September 15, 2025.

3. At this time, the parties believe that it is premature to set a briefing schedule.

4. In light of this update, and the fact that the parties are working cooperatively in trying to narrow the issues for dispute, the parties propose that they file a further Joint Status Report on or before November 21, 2025, providing an update as to the production of the requested *Vaughn*.

* * *

| | |
|---|---|
| Dated: September 15, 2025 | Respectfully submitted, |
| | |
| | JEANINE FERRIS PIRRO |
| /s/ Jeremiah L. Morgan | United States Attorney |
| JEREMIAH L. MORGAN | |
| D.C. Bar No. 1012943 | BY: /s/ Brenda González Horowitz |
| William J. Olson, P.C. | BRENDA GONZÁLEZ HOROWITZ |
| 370 Maple Avenue West, | DC Bar # 1017243 |
| Suite 4 | Assistant United States Attorney |
| Vienna, VA 22180 | 601 D Street, N.W. |
| Phone: (703) 356-5085 | Washington, D.C. 20530 |
| jmorgan@lawandfreedom.com | Phone: (202) 252-2512 |
| | |
| *Counsel for Plaintiff* | *Attorneys for the United States of America* |